

192035911

# IN THE COURT OF COMMON PLEAS
## CUYAHOGA COUNTY, OHIO

MR. RASHID MITCHAM
  Plaintiff

CARBON FARMS AND RETREAT LLC, ET AL
  Defendant

Case No: CV-24-997587

Judge: JOHN J SPELLACY

## **JOURNAL ENTRY**

93 DISP. TRANSCT - FINAL

PLAINTIFF'S MOTION TO TRANSFER VENUE, FILED 01/23/2025, IS GRANTED.  THIS CASE IS TRANSFERRED TO THE U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA.
COURT COST ASSESSED TO THE PLAINTIFF(S).

_____

Judge Signature                     02/10/2025

The State of Ohio  }  I, The Clerk of the Court
ss.  Of Common Pleas within
Cuyahoga County  }  And for said County

Hereby certify that the above and foregoing is truly
Taken and copied from the original _____
        Journal Entry
Now on file in my office
Witness my hand and seal of said Court this 11
Day of February A.D. 20 25
    CUYAHOGA COUNTY CLERK OF COURTS
By _____, Deputy

- 93
02/10/2025